No. 79–5982. STEBBINS v. PEOPLES LIFE INSURANCE Co. C. A. D. C. Cir. Certiorari denied.

No. 79–5984. WIMBUSH v. MITCHELL, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 79–5989. BECKNELL v. ESTELLE, CORRECTIONS DIRECTOR, ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–6003. McDOUGLE ET AL. v. MITCHELL, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 79–6006. LITTLE v. CITY OF JACKSON. Sup. Ct. Miss. Certiorari denied.

No. 79–6007. SMITH v. CITY OF BELLINGHAM. Ct. App. Wash. Certiorari denied.

No. 79–6008. KENT v. ALABAMA. C. A. 5th Cir. Certiorari denied.

No. 79–6009. INDIVIGLIO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 79–6011. HOLSEY v. INMATE GRIEVANCE COMMISSION. Ct. Sp. App. Md. Certiorari denied.

No. 79–6013. MONK ET AL. v. BLACKBURN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 79–6014. HERNANDEZ v. ELIO M. ROSSY, INC., ET AL. Sup. Ct. P. R. Certiorari denied.

No. 79–6018. STEELE v. BARRETT ET AL. C. A. 9th Cir. Certiorari denied.

No. 79–6036. FROEMBGEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–6042. KINARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.